IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hyman Jr, Samuel

Printed: 5/6/08

Case Number: 06 B 04265
Judge: Hollis, Pamela S
Filed: 4/18/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 24, 2008
Confirmed: July 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,100.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,994.40 |
| Trustee Fee: |  | 105.60 |
| Other Funds: |  | 0.00 |
| Totals: | 2,100.00 | 2,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,352.20 | 1,994.40 |
| 2. | Wells Fargo Fin Acceptance | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 419.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Unsecured | 5.20 | 0.00 |
| 5. | Tiger Construction & Development, Inc. | Unsecured | 1,748.44 | 0.00 |
| 6. | Sallie Mae | Unsecured | 233.80 | 0.00 |
| 7. | Capital One | Unsecured | 81.12 | 0.00 |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 10. | Friedman & Wexler LLC | Unsecured |  | No Claim Filed |
| 11. | American Collection Corp | Unsecured |  | No Claim Filed |
| 12. | Medical Collections | Unsecured |  | No Claim Filed |
| 13. | Sm Servicing | Unsecured |  | No Claim Filed |
| 14. | Comcast | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 4,839.76 | $ 1,994.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 30.00 |
| 4.8% | 43.20 |
| 5.4% | 32.40 |
|  | _____ |
|  | $ 105.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Hyman Jr, Samuel

Printed:  5/6/08

Case Number:  06 B 04265
Judge:  Hollis, Pamela S
Filed:  4/18/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

